5/29/2020

| Megan Fritchen | |
|---|---|
| Hours | 38.97 |
| | |
| Gross Pay | 389.70 |
| Fed WH | 0.00 |
| State WH | 6.65 |
| SS WH | 29.81 |
| | |
| Double C Purchases | 117.59 |
| | |
| Net Pay | 235.65 |

6/12/20

| Megan Fritchen | |
|---|---|
| Hours | 43.60 |
| | |
| Gross Pay | 430.60 |
| Fed WH | 0.00 |
| State WH | 8.72 |
| SS WH | 32.94 |
| | |
| Double C Purchases | 93.58 |
| | |
| Net Pay | 295.36 |

6/26/26

| Megan Fritchen | |
|---|---|
| Hours | 43.40 |
| | |
| Gross Pay | 434.00 |
| Fed WH | 0.00 |
| State WH | 8.72 |
| SS WH | 33.20 |
| | |
| Double C Purchases | 35.20 |
| | |
| Net Pay | 356.88 |

6/26/20

| Megan Fritchen | |
|---|---|
| Hours | 43.40 |
| | |
| Gross Pay | 434.00 |
| Fed WH | 0.00 |
| State WH | 8.72 |
| SS WH | 33.20 |
| | |
| Double C Purchases | 35.20 |
| | |
| Net Pay | 356.88 |