United States Bankruptcy Court
Southern District of Iowa

In re:                                                                Case No. 20-01503-lmj
Steven Frank Fritchen                                                 Chapter 13
Megan Lynette Fritchen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0863-4            User: auto                  Page 1 of 2              Date Rcvd: Jul 30, 2020
                                Form ID: 5309I              Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2020.
db/jdb         +Steven Frank Fritchen,    Megan Lynette Fritchen,    33807 - 305th Avenue,
                 Richland, IA 52585-8603
802474407      +Arnolds Motor Supply,    1502 West Burlington Avenue,    Fairfield, IA 52556-2731
802474409      +Bank of Missouri,    P.O. Box 89210,    Sioux Falls, SD 57109-9210
802474411      +Bridge City Truck Repair,    13930 Airport Road,    Ottumwa, IA 52501-9207
802474412       Cabela's Capital One,    P.O. Box 60599,    San Gabriel, CA 91776
802474413      +Caey Hinnah,    204 South Stone Street,    Sigourney, IA 52591-1222
802474416       Chris Irk,    33 - West Monroe Street,    Suite 1540,    Chicago, IL 60603
802474418      +Clerk of Court,    Courthouse,    101 South Main,    Sigourney, IA 52591-1492
802474419      +Computer Credit,    P.O.Box 5238,    Winston Salem, NC 27113-5238
802474422      +Dr. Robert Olney - ENT Medical,    2615 Northgate Drive,    Iowa City, IA 52245-9565
802474424      +Emblem Mastercard,    P.O. Box 772801,    Chicago, IL 60677-0101
802474425      +Federated Bank,    P.O. Box 317,    Richland, IA 52585-0317
802474428      +General Service Bureau,    P.O. Box 641579,    Omaha, NE 68164-7579
802474431      +Hiway Service Center,    523 North 7th Avenue,    Washington, IA 52353-2333
802474433     ++IOWA DEPARTMENT OF REVENUE,    ATTN BANKRUPTCY UNIT,    PO BOX 10471,    DES MOINES IA 50306-0471
               (address filed with court:   Iowa Department of Revenue,     P.O. Box 10460,
                 Des Moines, IA 50306)
802474434      +IRS,   P.O. Box 10460,    Des Moines, IA 50306-0460
802474438      +Mahaska Health Partnership,    1229 C Avenue East,    Oskaloosa, IA 52577-4298
802474440      +Meg Smith,    33 West Monroe Street,    Suite 1140,    Chicago, IL 60603-5332
802474441      +Mercy Hospial,    500 East Market,    Iowa City, IA 52245-2689
802474442      +Mercy Iowa City Physician Services,    P.O. Box 2300,    Iowa City, IA 52244-2300
802474444      +Mike Myers Automotive,    1532 Elm Avenue,    Packwood, IA 52580-8555
802474445      +Mike's Parts and Service,    33045 - 315th Avenue,    Richland, IA 52585-8590
802474447      +Phillips & Cohen,    1002 Justion Street,    Wilmington, DE 19801-5148
802474448      +Physician Anesthia Care,    540 East Jefferson Street,    Suite 106,    Iowa City, IA 52245-2479
802474450      +Prompt Health Care Solutions,    2709 West Briggs Avenue,    Suite 1,    Fairfield, IA 52556-2649
802474452      +Scheels,    P.O. Box 2557,    Omaha, NE 68103-2557
802474453      +Southside Repair,    1046 - 220th Street,    Batavia, IA 52533-7500
802474455      +TAC Repair,    3140 - 160th Street,    Lockridge, IA 52635-8014
802474457      +Unity Point Health,    P.O. Box 809284,    Chicago, IL 60680-9284
802474458      +Unity Point Health,    P.O. Box 809277,    Chicago, IL 60680-9277
802474459      +Urbana Auto and Truck Center,    2500 Bing Miller Lane,    Urbana, IA 52345-9032
802474460      +Wolfe Clinic,    309 East Church Street,    Marshalltown, IA 50158-2919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: deannabachman@aol.com Jul 31 2020 01:48:08      Deanna R Bachman,    505 5th Ave,
                 Ste 406,    Des Moines, IA  50309
aty             E-mail/Text: goodlow@mediacombb.net Jul 31 2020 01:48:04      Steven E Goodlow,
                 6 Washington Avenue West,    Albia, IA  52531
tr             +E-mail/Text: mweber@iowachapter13.com Jul 31 2020 01:48:20      Carol F Dunbar,
                 531 Commercial St,    Ste 500,    Waterloo, IA 50701-5497
ust            +E-mail/Text: ustpregion12.dm.ecf@usdoj.gov Jul 31 2020 01:48:12      United States Trustee,
                 Federal Bldg, Room 793,    210 Walnut Street,    Des Moines, IA 50309-2115
802474408       E-mail/Text: bankruptcynotice@aspendental.com Jul 31 2020 01:48:08      Aspen Dental,
                 P.O. Box 1578,    Albany, NY 12201
802474410      +EDI: USBANKARS.COM Jul 31 2020 05:48:00      Betty Fritchen,    c/o U.S. Bank,
                 Attn: Trust Department,    123 East Third Street,    Ottumwa, IA 52501-2937
802474414      +EDI: CAPITALONE.COM Jul 31 2020 05:48:00      Capital One,    P.O. Box 6492,
                 Carol Stream, IL 60197-6492
802474415      +EDI: RMSC.COM Jul 31 2020 05:48:00      Care Credit,    P. O. Box 960061,
                 Orlando, FL 32896-0061
802474417      +EDI: WFNNB.COM Jul 31 2020 05:48:00      Christopher and Banks,    P.O. Box 659728,
                 San Antonio, TX 78265-9728
802474420      +E-mail/Text: cedwards@creditiowa.com Jul 31 2020 01:48:12      Credit Bureau Services,
                 1306 South 7th Street,    Oskaloosa, IA 52577-4114
802474421      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 31 2020 02:02:02      Credit One Bank,
                 P.O. Box 60500,    City of Industry, CA 91716-0500
802474423      +EDI: WFNNB.COM Jul 31 2020 05:48:00      Eddie Bauer,    P.O. Box 659705,
                 San Antonio, TX 78265-9705
802474426      +EDI: BLUESTEM Jul 31 2020 05:48:00      Fingerhut,    P.O. Box 166,    Newark, NJ 07101-0166
802474427      +E-mail/Text: nsnakenberg@fnbfairfieldiowa.com Jul 31 2020 01:48:05
                 First National Bank of Fairfield1,    100 East Burlington,    Fairfield, IA 52556-3295
802474429      +E-mail/Text: bankruptcy@avadynehealth.com Jul 31 2020 01:48:10      H & R Accounts,
                 P.O. Box 672,    Moline, IL 61266-0672
802474432      +EDI: HFC.COM Jul 31 2020 05:48:00      HSBC,    Dept 7680,    Carol Stream, IL 60116-0001
802474430      +EDI: WFNNB.COM Jul 31 2020 05:48:00      Herbergers,    P.O. Box 659813,
                 San Antonio, TX 78265-9113
802474435      +EDI: RMSC.COM Jul 31 2020 05:48:00      JC Penney,    P. O. Box 960090,    Orlando, FL 32896-0090
802474436      +E-mail/Text: billing@jeffersoncountyhealthcenter.org Jul 31 2020 01:48:17
                 Jefferson County Health Center,    2000 South Main Street,    Fairfield, IA 52556-3793

```
District/off: 0863-4          User: auto                 Page 2 of 2                    Date Rcvd: Jul 30, 2020
                              Form ID: 5309I             Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
802474437       +E-mail/Text: bncnotices@becket-lee.com Jul 31 2020 01:48:10      Kohls,    P.O. Box 2983,
                 Milwaukee, WI 53201-2983
802474439       +EDI: WFNNB.COM Jul 31 2020 05:48:00      Maurices,    P.O. Box 659705,
                 San Antonio, TX 78265-9705
802474443       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 31 2020 02:02:11      Merrick Bank,
                 P.O. Box 30537,    Tampa, FL 33630-3537
802474446       +EDI: RMSC.COM Jul 31 2020 05:48:00      Pay Pal Credit Services,    P.O. Box 960080,
                 Orlando, FL 32896-0080
802474449       +EDI: WFNNB.COM Jul 31 2020 05:48:00      Pier One Imports,    P.O. Box 0659617,
                 San Antonio, TX 78265-9617
802474451        E-mail/Text: mdeclerck@quad-corp.com Jul 31 2020 01:48:17      Quad Corporation,    P.O. Box 2020,
                 Davenport, IA 52809
802474454       +E-mail/Text: BANKO@summitcollects.com Jul 31 2020 01:48:18      Summit Account Resolution,
                 P.O. Box 131,    Champlin, MN 55316-0131
802474456       +E-mail/Text: BankruptcyNotices@healthcare.uiowa.edu Jul 31 2020 01:48:20
                 UI Diagnostic Laboratories,   200 Hawkins Drive,    Iowa City, IA 52242-1009
                                                                                               TOTAL: 27

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2020 at the address(es) listed below:
              Carol F Dunbar    ssteffen@iowachapter13.com,
               mweber@iowachapter13.com;cdunbar13dm@ecf.epiqsystems.com
              Deanna R Bachman    on behalf of Trustee Carol F Dunbar dbachman@iowachapter13.com
              Steven E Goodlow    on behalf of Debtor Steven Frank Fritchen goodlow@mediacombb.net
              Steven E Goodlow    on behalf of Joint Debtor Megan Lynette Fritchen goodlow@mediacombb.net
              United States Trustee    USTPRegion12.DM.ECF@usdoj.gov
                                                                                               TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Steven Frank Fritchen<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–5817<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Megan Lynette Fritchen<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–1431<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: Southern District of Iowa | | Date case filed for chapter: 13   7/30/20 |
| Case number: 20–01503–lmj13 | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                                                12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Steven Frank Fritchen | Megan Lynette Fritchen |
| 2. | **All other names used in the last 8 years** | dba 2U Trucking LLC | |
| 3. | **Address** | 33807 – 305th Avenue<br>Richland, IA 52585 | 33807 – 305th Avenue<br>Richland, IA 52585 |
| 4. | **Debtor's attorney**<br>Name and address | Steven E Goodlow<br>6 Washington Avenue West<br>Albia, IA 52531 | Contact phone (641) 932–2948<br>Email: goodlow@mediacombb.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Carol F Dunbar<br>531 Commercial St<br>Ste 500<br>Waterloo, IA 50701 | Contact phone (319) 233–6327<br>Email: ssteffen@iowachapter13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 110 E. Court Ave.<br>Suite 300<br>Des Moines, IA 50309 | Office Hours: 08:00 AM – 05:00 PM Monday – Friday<br>Contact phone (515) 284–6230<br>Date: 7/30/20 |

**For more information, see page 2**

Official Form 309I                          **Notice of Chapter 13 Bankruptcy Case**                                page 1

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 25, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Conference call dial in 877−411−0434, Participant Code 5068871** |
| **8.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/24/20** |
| | | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/8/20** |
| | | **Deadline for governmental units to file a proof of claim:** | **Filing deadline:** 180 days post Order for Relief |
| | | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim may be filed electronically at the court's web site at www.iasb.uscourts.gov. Select *E−Filing Proof of Claim* on court's home page. Alternatively, a proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** If applicable, 30 days after the *conclusion* of the meeting of creditors |
| **9.** | **Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. | |
| **10.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11.** | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13.** | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |
| **14.** | **Cellular phones** | Only attorneys and their employees may carry cell phones and other portable communication devices into hearing locations. | |