# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: ) | |
| ) | |
| Steven Frank Fritchen, *dba* 2U Trucking LLC and Megan ) | Case No. 20-01503-lmj |
| Lynette Fritchen, *Debtors* ) | |
| ) | Chapter: 13 |
| ) | |
| ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR DOCUMENTS

COMES NOW the undersigned attorney of SouthLaw, P.C., and hereby enter their appearance on behalf of HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone Mortgage Investment Trust, Series 2005-3, by PHH Mortgage Corporation, a creditor of the above-captioned Debtor. Pursuant to the Bankruptcy Rules, all pleadings, notices and documents which are required or requested to be served upon said creditor should be served on the undersigned attorney, SouthLaw, P.C., 13160 Foster Suite 100, Overland Park, KS 66213-2660.

SOUTHLAW, P.C.

*/s/ Wendee Elliott-Clement*

Wendee Elliott-Clement, AT0011311
Lisa C. Billman, AT0013550
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
iabksdecf@southlaw.com
**Attorneys For Creditor**

File No. 228096
Case No: 20-01503-lmj

## CERTIFICATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this August 11, 2020 with the United States Bankruptcy Court for the Southern District of Iowa, and shall be served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

Steven Frank Fritchen
Megan Lynette Fritchen
33807 - 305th Avenue
Richland, IA 52585
**DEBTORS**

Steven E Goodlow
6 Washington Avenue West
Albia, IA 52531
**ATTORNEY FOR DEBTOR**

Carol F. Dunbar
531 Commercial St
Ste 500
Waterloo, IA 50701
**TRUSTEE**

Deanna R Bachman
505 5th Ave
Ste 406
Des Moines, IA 50309
**ATTORNEY FOR TRUSTEE**

United States Trustee
Federal Bldg, Room 793
210 Walnut Street
Des Moines, IA 50309
**U.S. TRUSTEE**

SOUTHLAW, P.C.

*/s/ Wendee Elliott-Clement*

Wendee Elliott-Clement, AT0011311
Lisa C. Billman, AT0013550
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
iabksdecf@southlaw.com
**Attorneys For Creditor**

File No. 228096
Case No: 20-01503-lmj