# United States Bankruptcy Court
## Southern District of Iowa

In re: **Steven Frank Fritchen, Megan Lynette Fritchen**, Debtor(s)

Case No. **20-01503**
Chapter **13**

# CERTIFICATE OF SERVICE

I hereby certify that on **August 19, 2020**, a copy of **Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

- Arnolds Motor Supply
- Aspen Dental
- Bank of Missouri
- Betty Fritchen
- Bridge City Truck Repair
- Cabela's Capital One
- Caey Hinnah
- Capital One
- Capital One
- Care Credit
- Chris Irk
- Christopher and Banks
- Clerk of Court
- Computer Credit
- Credit Bureau Services
- Credit One Bank
- Dr. Robert Olney - ENT Medical
- Eddie Bauer
- Emblem Mastercard
- Federated Bank
- Fingerhut
- First National Bank of Fairfield1
- General Service Bureau
- H & R Accounts
- Herbergers
- Hiway Service Center
- HSBC
- Iowa Department of Revenue
- IRS
- JC Penney
- Jefferson County Health Center
- Jefferson County Health Center
- Jefferson County Health Center
- Kohls
- Mahaska Health Partnership
- Maurices
- Meg Smith
- Mercy Hospial
- Mercy Hospial
- Mercy Iowa City Physician Services
- Merrick Bank
- Mike Myers Automotive
- Mike's Parts and Service
- Pay Pal Credit Services
- Phillips & Cohen
- Physician Anesthia Care
- Pier One Imports
- Prompt Health Care Solutions

Quad Corporation
Scheels
Southside Repair
Summit Account Resolution
TAC Repair
UI Diagnostic Laboratories
Unity Point Health
Unity Point Health
Urbana Auto and Truck Center
Wolfe Clinic

/s/ Steve Goodlow
Steve Goodlow
Goodlow Law Firm
6 Washington Ave West
Albia, IA 52531
641-932-2948 Fax:641-932-5133
goodlow@mediacombb.net