IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

In the Matter of:

**Steven Frank Fritchen,**  Case No. **20–01503–lmj13**
**Megan Lynette Fritchen,**
             Debtor(s)

October 21, 2020 Courtroom Hearing on:
**Chapter 13 Plan (#11) and Objections (#17, 20 and 23)**

Court Reporter: NA

Appearances: NA

**ORDER**
(date entered on docket: October 16, 2020)

**It is hereby ORDERED that:**

☐ The objections are overruled. The pending plan is confirmed. Today's record shall constitute the Court's findings and conclusions pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure.

☐ The objections are sustained. Today's record shall constitute the Court's findings and conclusions pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure.

☐ The controversy is deemed moot because the objections were withdrawn prior to or at the hearing. The pending plan is confirmed.

☒ The debtor(s) shall:
   ☒ provide the trustee with the requested ☒ income information ☒ expense information ☐ domestic support obligation information ☒ tax returns ☐ tax refunds by **November 13, 2020**.
   ☒ file amended Schedule(s) and Statement(s) by **November 13, 2020**.
   ☐ file an objection to Proof of Claim by .
   ☐ shall bring the arrearage in plan payments current by .
   ☒ file a modified plan before confirmation by **November 13, 2020**.
   ☐ file ☐ a notice of conversion or ☐ a motion to dismiss the case by .

☐ If the debtor(s) should fail to by the above indicated deadline, the case shall be dismissed without further notice and hearing upon the trustee filing an affidavit of noncompliance.

☐ The matter is continued for further hearing on at in Courtroom 2, U.S. Courthouse Annex, 110 East Court Avenue, Des Moines, Iowa.

☐ The parties shall:
   ☐ submit a consent order by . The attorney for the trustee shall prepare the order.
   ☐ file a stipulation of facts by and their briefs and arguments by .

☒ The October 21, 2020 hearing is canceled based on the Court's review of the relevant filings.

                                                                    /s/ Lee M. Jackwig

                                                                    U.S. BANKRUPTCY JUDGE

Parties receiving this order from the Clerk of Court:
Electronic Filers in this Chapter Case