IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| STEVEN AND MEGAN FRITCHEN,<br><br>Debtors,<br><br>vs.<br><br>HSBC BANK et. al,<br><br>Creditor. | Case No.: 20-01503-lmj13<br><br>Chapter 13<br>**RESPONSE/RESISTANCE TO MOTION FROM RELIEF THE AUTOMATIC STAY** |

COMES Debtors and for their Response/Resistance state as follows:

1. Parties have discussed the issues regarding the Motion for Relief from the Stay.

2. Parties have reached an agreement wherein the Debtor shall get current on the mortgage with the Creditor.

3. In exchange for getting current on the loan, the Creditor shall withdraw the Motion for Relief from the Stay.

WHERFORE the Debtors believe that the Motion should be withdrawn/denied.

*/s/ Steven Goodlow*

Steven Goodlow
6 Washington Avenue West
Albia, Iowa 52531
641-932-2948; fax: 641-932-5133
Attorney for the Debtors